THE PEOPLE OF THE STATE OF NEW YORK v. LEWIS MITNICK.— Motion to dismiss appeal granted. Present — Peck, P. J. Dore, Cohn, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE SOLLAZZO.— Motion to dismiss appeal granted. Present — Peck, P. J. Dore, Cohn, Bastow and Botein, JJ.

## (June 4, 1954.)

In the Matter of JOHN O'ROURKE, as President of Local 282, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, A.F.L., Respondent, for an Order Vacating an Award in Arbitration between LOCAL 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, A. F. L., and BRIGHTON MATERIALS CO., INC., et al., Appellants.— This arbitration did not proceed on precise or clearly defined issues but took the form of working out a complete labor agreement. It is doubtful, therefore, that the arbitrator exceeded his authority. Inasmuch as the appellants have stipulated in open court, however, to delete from the arbitrator's award the portion which the union found objectionable in its motion to vacate the award, we need not pass upon the propriety of the provision. Certainly this provision may be deleted under section 1462-a of the Civil Practice Act

without otherwise affecting the merits of the award. Order unanimously modified so as to delete the part of the award to which exception has been taken and, as so modified, the award is confirmed, without costs. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.